**Defendant: Rusty Allison**

**IP:** 174.29.81.193
**ISP:** Qwest Communications
**Location:** Littleton, CO

| Title | Hash | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|---|
| Anneli Dream Girl | 9F9DC5FE1EABB3825B39C5D245EE59F0E116F1BB | 12/19/2011 | 01/04/2012 | 01/02/2012 21:42:30 |
| MaryJane Young Love | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | 08/15/2011 | 11/23/2011 | 01/03/2012 01:26:31 |
| The Rich Girl Part #2 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | 11/16/2011 | 11/30/2011 | 01/03/2012 06:20:39 |

**Total Statutory Copyright Infringements for Defendant Rusty Allison: 3**

EXHIBIT A

CO62