**Defendant: Rusty Allison**

**IP:** 174.29.81.193
**ISP:** Qwest Communications
**Location:** Littleton, CO

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 174.29.81.193 | 9F9DC5FE1EABB3825B39C5D245EE59F0E116F1BB | Anneli Dream Girl | 01/02/2012 21:24:44 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/02/2012 21:29:22 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/02/2012 21:37:09 |
| 174.29.81.193 | 9F9DC5FE1EABB3825B39C5D245EE59F0E116F1BB | Anneli Dream Girl | 01/02/2012 21:42:30 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/02/2012 22:14:35 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/02/2012 22:59:19 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/02/2012 23:58:55 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/03/2012 00:01:33 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/03/2012 01:15:13 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/03/2012 01:26:22 |
| 174.29.81.193 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love | 01/03/2012 01:26:31 |
| 174.29.81.193 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | The Rich Girl Part #2 | 01/03/2012 06:03:02 |
| 174.29.81.193 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | The Rich Girl Part #2 | 01/03/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
|  |  |  | 06:20:39 |

EXHIBIT B